**Sharolynne Y. WALLER, Appellant,**

v.

**Corey A. ROGERS, Respondent.**

**No. ED 93525.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 23, 2010.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 4, 2010.

Application for Transfer Denied
June 29, 2010.

Sharolynne Y. Waller, St. Louis, MO,
pro se.

Susan M. Herold, St. Louis, MO, for
respondent.

Before KURT S. ODENWALD, P.J.,
GEORGE W. DRAPER III., J., and
GARY M. GAERTNER, JR., J.

*ORDER*

PER CURIAM.

Sharolynne Y. Waller appeals from the
trial court's grant of summary judgment in
favor of Corey Rogers on Waller's Amend-
ed Petition containing parent's claims for
medical expenses and for the loss of soci-
ety and service of her sons. We have
reviewed the briefs of the parties and the
record on appeal and find no error. An
extended opinion would serve no prece-
dential purpose. We have, however, pro-
vided a memorandum setting forth the
reasons for our decision to the parties for
their use only. We affirm the judgment

pursuant to Missouri Rule of Civil Proce-
dure 84.16(b) (2009).